| ✎ PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **FILED** | 0971 3:19CR00459-01 SI |
| TRANSFER OF JURISDICTION | Jan 31, 2023 | DOCKET NUMBER *(Rec. Court)* |
| | CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | 1:23-CR-00020 ADA |

| NAME AND CITY, STATE OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Manuel Alvarez-Barajas | ND/CA | San Francisco |
| | NAME OF SENTENCING JUDGE | |
| Modesto, CA | The Honorable Susan Illston | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/18/2022 | TO 11/17/2026 |

**OFFENSE**

210 U.S.C. § 841(a)(1) and (b)(1)(B) Distribution and Possession with Intent to Distribute 100 Grams or More of Heroin

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Eastern District of California   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 11, 2023                           *[signature: Susan Illston]*
*Date*                                          *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Eastern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 31, 2023                           *[signature]*
*Effective Date*                              *United States District Judge*

Prepared by: /lt